BENJAMIN HALPERN et al., Copartners Doing Business as HALPERN, DAVIDOFF & SACK, v. AMTORG TRADING CORPORATION (Action No. 1)—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.